IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ROBERT CARSWELL** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. |
| | : | 5:09-CV-39-HL |
| Sheriff **JERRY M. MODENA, SR.** and **CINDY GRESHAM,** | : | |
| **Defendant.** | : | |

# ORDER

Before the Court is Plaintiff's Motion for Evidentiary Hearing (Doc. 6).

Plaintiff's complaint was previously dismissed on February 2, 2009 (Doc. 4).

Furthermore, Plaintiff's present motion is unintelligible.  Accordingly, Plaintiff's

Motion is DENIED.

**SO ORDERED**, this the 25th day of February, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, Judge**

wjc